AMENDED

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hicks, Jr., S. Maurice | 2. Court or Organization<br><br>U.S. District Ct - Western La. | 3. Date of Report<br><br>9/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>( ) Nomination,   Date<br><br>( ) Initial   (●) Annual   ( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br><br>300 Fannin St. , Suite 5101<br><br>Shreveport, LA 71101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | S. Maurice Hicks, Jr., A Professional Law Corporation (Inactive) |

FINANCIAL DISCLOSURE OFFICE 2004 NOV -8 P 10: 55 RECEIVED

# II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Promissory Note executed by Craig O. Marcotte, LLC to S. Maurice Hicks, Jr. re: installment sale of law firm assets |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2003 | Business Income - S. Maurice Hicks, Jr. A Professional Law Corporation | 198970 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Hibernia National Bank | Mortgage - Rental Property #1, Ruston, LA | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 9/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Hibernia National Bank Accounts | C | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. | A | Interest | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. | A | Interest | K | T | | | | | |
| 4. Promissory Note - Sale of Law Firm Assets | G | Business | M | U | INSTALLMENT | 6/12 | M | G | CRAIG MARCOTTE |
| 5. Timber Land, Lincoln Parish, Louisiana - 1/1/96, $30,000 | | None | K | R | | | | | |
| 6. Ditech Communications Stock Morgan Keegan Brokerage Acct | | None | J | T | | | | | |
| 7. Hibernia National Bank Stock | A | Dividend | K | T | | | | | |
| 8. Youthstream Media Stock | | None | J | W | | | | | |
| 9. Rental Property #1, Ruston, LA - 07/03/01, $75,427 | D | Rent | L | R | | | | | |
| 10. IRA #1 Hibernia Corp Stock | A | Dividend | K | U | | | | | |
| 11. IRA # 1 DGAGX Mutual Fund | | None | J | U | | | | | |
| 12. IRA # 1 FMAGX Mutual Fund | A | Dividend | K | U | | | | | |
| 13. IRA # 1 Hibernia Cash Reserve Fund | A | Interest | L | T | sell-partial | var | K | | |
| 14. IRA # 2 C. D. Hibernia | A | Interest | J | T | | | | | |
| 15. IRA # 3 C. D. Hibernia | A | Interest | K | U | | | | | |
| 16. Law Corp Profit Sharing Plan | A | Interest | | | ROLLOVER-IRA | 12/01 | J | | |
| 17. Sun Microsystems Stock | | None | J | T | | | | | |
| 18. BEA Systems Stock | | None | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 9/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Primedia Inc. Stock | | None | J | T | | | | | |
| 20. Reliant Resources Stock | A | Dividend | J | T | | | | | |
| 21. Nicholas Applegate Fund | A | Dividend | J | T | buy | 03/26 | J | | |
| 22. First Trust Value Line Div Fund | A | Dividend | J | T | buy | 08/27 | J | | |
| 23. VAC Federal Credit Union | A | Interest | J | T | buy | 09/08 | J | | |
| 24. Access Integrated Technologies | A | Dividends | J | T | buy | 11/13 | J | | |
| 25. Barksdale Federal Credit Union (X) | A | Interest | K | T | | | | | |
| 26. Red River Syndicate LP (X) | A | Dividends | K | U | | | | | |
| 27. IRA #1 Energysouth Inc. Common | A | Dividends | J | T | Buy | 09/09 | J | | |
| 28. IRA #1 Nextel Communications Common | A | Dividends | J | T | Buy | 10/03 | J | | |
| 29. IRA #1 Seagate Technology Common | A | Dividends | J | T | Buy | 10/29 | J | | |
| 30. IRA #1 Bank of America Common | A | Dividends | J | T | Buy | 11/03 | J | | |
| 31. IRA #1 Capital Automotive REIT Common | A | Dividends | J | T | Buy | 11/03 | J | | |
| 32. IRA #1 Coach Inc. Common | A | Dividends | J | T | Buy | 11/03 | J | | |
| 33. IRA #1 Energysouth Common | A | Dividends | J | T | Buy | 11/13 | J | | |
| 34. IRA #1 Martin Midstream Partners LTD | A | Dividend | J | T | Buy | 12/04 | J | | |
| 35. IRA #1 Power Integrations Common | A | Dividend | J | T | Buy | 12/16 | J | | |
| 36. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 9/10/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | I2 Technologies Stock (X) | | None | J | T | | | | | |
| 38. | Lexar Media Stock (X) | | None | J | T | | | | | |
| 39. | Ford Motor Co. (Bonds) | A | Interest | | | sell | 03/26 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date___11/1/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hicks, Jr., S. Maurice | 2. Court or Organization<br><br>U.S. District Ct - Western La. | 3. Date of Report<br><br>9/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>◉ Initial    ○ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>8/11/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br><br>300 Fannin St., Suite 5101<br><br>Shreveport, LA 71101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    President | S. Maurice Hicks, Jr., A Professional Law Corporation (Inactive) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    2003 | Promissory Note executed by Craig O. Marcotte, LLC to S. Maurice Hicks, Jr. re: installment sale of law firm assets |

SEP 13  11 20 AM '04
RECEIVED
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | Business Income - S. Maurice Hicks, Jr. A Professional Law Corporation | 198970 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE .- (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Hibernia National Bank | Mortgage - Rental Property #1, Ruston, LA | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 9/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Hibernia National Bank Accounts | C | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. | A | Interest | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. | A | Interest | K | T | | | | | |
| 4. Promissory Note - Sale of Law Firm Assets | G | Business | M | U | INSTALLMENT | 6/12 | M | G | CRAIG MARCOTTE |
| 5. Timber Land, Lincoln Parish, Louisiana | | None | K | R | | | | | |
| 6. Ditech Communications Stock Morgan Keegan Brokerage Acct | | None | J | T | | | | | |
| 7. Hibernia National Bank Stock | A | Dividend | K | T | | | | | |
| 8. Youthstream Media Stock | | None | J | W | | | | | |
| 9. Rental Property #1, Ruston, LA | D | Rent | L | R | | | | | |
| 10. IRA #1 Hibernia Corp Stock | A | Dividend | K | U | | | | | |
| 11. IRA # 1 DGAGX Mutual Fund | | None | J | U | | | | | |
| 12. IRA # 1 FMAGX Mutual Fund | A | Dividend | K | U | | | | | |
| 13. IRA # 1 Hibernia Cash Reserve Fund | A | Interest | L | T | sell | var | K | | |
| 14. IRA # 2 C. D. | A | Interest | J | T | | | | | |
| 15. IRA # 3 C. D. | A | Interest | K | U | | | | | |
| 16. Law Corp Profit Sharing Plan | A | Interest | | | ROLLOVER-IRA | 12/01 | J | | |
| 17. Sun Microsystems Stock | | None | J | T | | | | | |
| 18. BEA Systems Stock | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 9/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Primedia Inc. Stock | | None | J | T | | | | | |
| 20. Reliant Resources Stock | A | Dividend | J | T | | | | | |
| 21. Nicholas Applegate Fund | | None | J | T | | | | | |
| 22. First Trust Value Line Div Fund | A | Dividend | J | T | buy | 08/27 | J | | |
| 23. VAC Federal Credit Union | A | Interest | J | T | buy | 09/08 | J | | |
| 24. Access Inte rated Technologies | A | Dividends | J | T | buy | 11/13 | J | | |
| 25. Barksdale Federal Credit Union | A | Interest | K | T | | | | | |
| 26. Red River Syndicate LP | A | Dividends | K | U | | | | | |
| 27. IRA #1 Energysouth Inc. Common | A | Dividends | J | T | Buy | 09/09 | J | | |
| 28. IRA #1 Nextel Communications Common | A | Dividends | J | T | Buy | 10/03 | J | | |
| 29. IRA #1 Seagate Technology Common | A | Dividends | J | T | Buy | 10/29 | J | | |
| 30. IRA #1 Bank of America Common | A | Dividends | J | T | Buy | 11/03 | J | | |
| 31. IRA #1 Capital Automotive REIT Common | A | Dividends | J | T | Buy | 11/03 | J | | |
| 32. IRA #1 Coach Inc. Common | A | Dividends | J | T | Buy | 11/03 | J | | |
| 33. IRA #1 Energysouth Common | A | Dividends | J | T | Buy | 11/13 | J | | |
| 34. IRA #1 Martin Midstream Partners LTD | A | Dividend | J | T | Buy | 12/04 | J | | |
| 35. IRA #1 Powe Integrations Common | A | Dividend | J | T | Buy | 12/16 | J | | |
| 36. Janney, Montgomery Scott Brokerage Account | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 9/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. I2 Technologies Stock | | | J | T | | | | | |
| 38. Lexar Media Stock | | | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hicks, Jr., S. Maurice | 9/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮

Date  9/10/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544